CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAY 0 8 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN EDWARD SAWN, III,<br>*a/k/a John Edward Sawn,*<br>                      *Defendant.* | CRIMINAL NO. 6:07CR00020<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in Sawn's Motion to Amend/Correct the Court's May 7, 2009 Order, the Bureau of Prisons is hereby directed to release Sawn from custody, effective immediately. Sawn's Motion is GRANTED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record, to the Bureau of Prisons, and to Sawn.

Entered this 8th day of May, 2009.

                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE